No. 60089.—Phillips Chemical Co. and R. W. Smith *v.* United States, protest 256008–K (Galveston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of green oxide, a catalyst, composed in chief value of mineral substances, not decorated in any manner, the same as that the subject of Abstract 58590, the claim of the plaintiffs was sustained.